IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAP AG and SAP AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> DATATERN, INC., <br><br> Defendant. | Civil Case No.: 11-cv-2648-UA <br><br> **ECF CASE** <br><br> **MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

    PURSUANT TO RULE 1.3c of the Local Rules of the United States District Courts for the Southern and Western Districts of New York, I, Timothy J. Haller, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | GREGORY P. CASIMER |
| Firm Name: | NIRO, HALLER & NIRO |
| Address: | 181 West Madison Street, Suite 4600 |
| City/State/Zip: | Chicago, IL. 60602 |
| Phone Number: | 312-236-0733 |
| Fax Number: | 312-236-3137 |
| E Mail: | casimer@nshn.com |

Gregory P. Casimer is a member in good standing of the Bar of the State of Illinois. There are no pending disciplinary proceedings against Gregory P. Casimer in any State or Federal Court.

DATED:    Chicago, Illinois
                April 27, 2011

                                        Respectfully submitted,

                                        Timothy J. Haller (TH-7191)
                                        NIRO, HALLER & NIRO
                                        181 West Madison Street, Suite 4600
                                        Chicago, IL 60602
                                        Telephone: (312) 236-0733
                                        Fax: (312) 236-3137
                                        E-mail: haller@nshn.com
                                        *Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 27, 2011, the foregoing document was submitted to the Clerk of the Court via Federal Express for filing. The foregoing was also served upon the following counsel of record by e-mail transmission on this same date.

| | |
|---|---|
| Steven J. Rocci (rocci@woodcock.com) Aleksander J. Goranin (agoranin@woodcock.com) Daniel J. Goettle (dgoettle@woodcock.com) WOODCOCK WASHBURN LLP Cira Centre, 12th Floor 2929 Arch Street Philadelphia, PA 19104-2891 Telephone: (215) 568-3100 Fax: (215) 568-3439 | Matthew Taylor (mataylor@duanemorris.com) John Dellaportas (dellajo@duanemorris.com) Evan Michailidis (emichailidis@duanemorris.com) DUANE MORRIS LLP 1540 Broadway New York, NY 10036-4086 Telephone: (212) 692-1000 Fax: (212) 692-1020 |

*Attorneys for Plaintiff SAP AG and SAP America, Inc.*

_____
Attorneys for Defendant DataTern, Inc.
NIRO, HALLER & NIRO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAP AG and SAP AMERICA, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>DATATERN, INC.,<br><br>                    Defendant. | Civil Case No.: 11-cv-2648-UA<br><br>**ECF CASE**<br><br>**AFFIDAVIT OF TIMOTHY J. HALLER IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

State of Illinois    )
                          ) ss:
County of Cook   )

**TIMOTHY J. HALLER**, being duly sworn, hereby deposes and says as follows:

1. I am the attorney at Niro, Haller & Niro, and counsel for Defendant in the above-captioned action. I am familiar with proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit GREGORY P. CASIMER as counsel *pro hac vice* to represent defendant in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in New York on March 7, 1975. I am also admitted to the United States District Court for the Southern District of New York on February 4, 2003, The Northern District of Illinois and The Southern District of Florida and am in good standing with this Court.

3. I have known Gregory P. Casimer since January of 1999.

4. Gregory P. Casimer is an associate at Niro, Haller & Niro at 181 West Madison Street, Suite 4600, Chicago, Illinois 60602.

5. I have found Gregory P. Casimer to be a skilled attorney and a person of integrity. He is highly experienced in federal practice and is extremely familiar with the Federal Rules of

Procedure.

6. Accordingly, I am pleased to move the admission of Gregory P. Casimer, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Gregory P. Casimer *pro hac vice*, which is attached hereto as Exhibit A.

**WHEREFORE** it is respectfully requested that the motion to admit, Gregory P. Casimer, *pro hac vice*, to represent Defendant in the above-captioned matter, be granted.

DATED:   Chicago, Illinois
         April 27, 2011

                                    Respectfully submitted,

                                    _____
                                    TIMOTHY J. HALLER (TH-7191)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAP AG and SAP AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DATATERN, INC.,<br><br>Defendant. | Civil Case No.: 11-cv-2648-UA<br><br>ECF CASE<br><br>ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION |

UPON THE MOTION of TIMOTHY J. HALLER, attorney for DataTern, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | GREGORY P. CASIMER |
| Firm Name: | NIRO, HALLER & NIRO |
| Address: | 181 West Madison Street, Suite 4600 |
| City/State/Zip: | Chicago, IL, 60602 |
| Telephone/Fax: | (312) 377-3219 / (312) 236-3137 |
| E-mail Address: | casimer@nshn.com |

is admitted to practice *pro hac vice* as counsel for DataTern, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

DATED:   Chicago, Illinois
         April 27, 2011

_____
United States District Court Judge

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Gregory P. Casimer

*Northern District of Illinois*

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Gregory P. Casimer was duly admitted to practice in said Court on (06/24/1999) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (04/27/2011 )

                        Michael W. Dobbins, Clerk,
                    By: David A. Jozwiak
                           Deputy Clerk