AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

Case Number: 1:11-CV-2648-UA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DATATERN, INC.

I certify that I am admitted to practice in this court.

| 4/27/2011 | /s/ Timothy J. Haller |
|---|---|
| Date | Signature |

| Timothy J. Haller | 1241728 |
|---|---|
| Print Name | Bar Number |

181 W. Madison Street, Suite 4600
Address

| Chicago, | IL | 60602 |
|---|---|---|
| City | State | Zip Code |

| (312) 236-0733 | (312) 236-3137 |
|---|---|
| Phone Number | Fax Number |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically on May 9, 2011. As such, this document was served on all counsel who have consented to electronic service. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. mail or e-mail transmission on this same date.

| | |
|---|---|
| Steven J. Rocci (rocci@woodcock.com) | Matthew Taylor (mataylor@duanemorris.com) |
| Aleksander J. Goranin (agoranin@woodcock.com) | John Dellaportas (dellajo@duanemorris.com) |
| Daniel J. Goettle (dgoettle@woodcock.com) | Evan Michailidis (emichailidis@duanemorris.com) |
| WOODCOCK WASHBURN LLP | DUANE MORRIS LLP |
| Cira Centre, 12th Floor | 1540 Broadway |
| 2929 Arch Street | New York, NY 10036-4086 |
| Philadelphia, PA 19104-2891 | Telephone: (212) 692-1000 |
| Telephone: (215) 568-3100 | Fax: (212) 692-1020 |
| Fax: (215) 568-3439 | |

*Attorneys for Plaintiff SAP AG and SAP America, Inc.*

/s/Timothy J. Haller
Attorney for DataTern, Inc.