UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAP AG and SAP AMERICA, INC., | Civil Action No. 11-cv-02648-RJH |
| Plaintiff, | |
| v. | **RULE 7.1 STATEMENT** |
| DATATERN, INC., | |
| Defendant. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant DataTern, Inc. certifies that the following are corporate parents, affiliates, and/or subsidiaries, of said party, which are publicly held: Amphion Innovations.

Dated: June 10, 2011

OF COUNSEL:

William A. Zucker
wzucker@mccarter.com
Erik Paul Belt
ebelt@mccarter.com
McCarter & English, LLP
265 Franklin Street
Boston, Massachusetts 02110

and

Timothy J. Haller
haller@nshn.com
Gregory P. Casimer
casimer@nshn.com
Gabriel I. Opatken
gopatken@nshn
Niro Haller & Niro

McCARTER & ENGLISH, LLP

By: s/Lee Carl Bromberg
Lee Carl Bromberg
265 Franklin Street
Boston, MA  02110
(617) 449-6500
lbromberg@mccarter.com

and

245 Park Avenue
New York, New York  10167
(212) 609-6800

*Attorneys for Defendant*
*DataTern, Inc.*

ME1 11845674v.1

181 West Madison Street, Suite 4600
Chicago, Illinois  60602

2

ME1 11845674v.1