DUANE MORRIS LLP
Matthew Taylor, Esq.
John Dellaportas, Esq.
Evangelos Michailidis, Esq.
1540 Broadway
New York, NY 10036
Tel: (212) 692-1000
Fax: (212) 692-1020

WOODCOCK WASHBURN LLP
Scott J. Rocci, Esq.
Aleksander J. Goranin, Esq.
Daniel J. Goettle, Esq.
Dale Michael Heist, Esq.
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 568-3100
Fax: (215) 568-3439

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAP AG and SAP AMERICA, INC.,

              Plaintiffs,

      v.

DATATERN, INC.,

              Defendants.

Civil Action No. 11-cv-02648 (RJH)

ECF Case

**MOTION TO ADMIT COUNSEL
PRO HAC VICE**

     PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Evangelos Michailidis, a member in good standing of the bar of this Court, hereby moves for an Order allowing admission pro hac vice of

     Steve J. Rocci, Esq.
     Woodcock Washburn LLP
     Cira Centre, 12th Floor
     2929 Arch Street
     Philadelphia, PA 19104

Tel: (215) 568-3100
Fax: (215) 568-3439
rocci@woodcock.com

Mr. Rocci is a member in good standing of the Bar of the State of Pennsylvania. Please

see his certificate of good standing attached as Exhibit A to my supporting affidavit.

There are no pending disciplinary proceedings against Mr. Rocci in any State or Federal

court.

Dated: July 1, 2011
    New York, New York

Respectfully Submitted,

Evangelos Michailidis (EM-3383)

DUANE MORRIS LLP
Matthew Taylor, Esq.
John Dellaportas, Esq.
Evangelos Michailidis, Esq.
1540 Broadway
New York, NY 10036
Tel: (212) 692-1000
Fax: (212) 692-1020

WOODCOCK WASHBURN LLP
Scott J. Rocci, Esq.
Aleksander J. Goranin, Esq.
Daniel J. Goettle, Esq.
Dale Michael Heist, Esq.
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 568-3100
Fax: (215) 568-3439

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAP AG and SAP AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DATATERN, INC., <br><br> Defendants. | Civil Action No. 11-cv-02648 (RJH) <br><br> ECF Case <br><br> **AFFIDAVIT OF EVANGELOS MICHAILIDIS IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

STATE OF NEW YORK   )
                         )    ss.:
COUNTY OF NEW YORK  )

EVANGELOS MICHAILIDIS, being duly sworn, hereby deposes and says as follows:

1.      I am an associate at the law firm Duane Morris LLP, counsel for Plaintiffs in the

above captioned action. I am familiar with the proceedings in this case. I make this statement

based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion

to admit Scott J. Rocci, Esq. as counsel pro hac vice to represent Plaintiffs in this matter.

2.      I am a member in good standing of the bar of the State of New York, where I was

admitted to practice law on January 16, 2008.  I am also admitted to the bar of the United States

District Court for the Southern District of New York, and am in good standing with this Court.

3.      I have known Mr. Rocci since April, 2011.

4.      Mr. Rocci is a partner at Woodcock Washburn LLP, in Philadelphia,

Pennsylvania.

5.      Mr. Rocci is a member in good standing of the Bar of the State of Pennsylvania.

His certificate of good standing is attached as Exhibit A.

6.      I have found Mr. Rocci to be a skilled attorney and a person of integrity.  He is

experienced in civil federal practice and is familiar with the Federal Rules of Procedure.

6.      Accordingly, I am pleased to move for the admission of Mr. Rocci, pro hac vice.

7.      I respectfully submit a proposed order granting the admission of Mr. Rocci, pro

hac vice, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Mr. Rocci, pro hac

vice, to represent Plaintiffs in the above captioned matter, be granted.

Evangelos Michailidis (EM-3383)

Sworn to before me
this 1st day of July, 2011

Notary Public





## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Steven J. Rocci, Esq.*

**DATE OF ADMISSION**

*October 30, 1981*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: June 20, 2011**

John W. Person Jr., Esq.
Deputy Prothonotary

DUANE MORRIS LLP
Matthew Taylor, Esq.
John Dellaportas, Esq.
Evangelos Michailidis, Esq.
1540 Broadway
New York, NY 10036
Tel: (212) 692-1000
Fax: (212) 692-1020

WOODCOCK WASHBURN LLP
Scott J. Rocci, Esq.
Aleksander J. Goranin, Esq.
Daniel J. Goettle, Esq.
Dale Michael Heist, Esq.
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 568-3100
Fax: (215) 568-3439

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAP AG and SAP AMERICA, INC.,<br><br>                  Plaintiffs,<br><br>    v.<br><br>DATATERN, INC.,<br><br>                  Defendants. | Civil Action No. 11-cv-02648 (RJH)<br><br>ECF Case<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE ON<br>WRITTEN MOTION** |

Upon the motion of Evangelos Michailidis at Duane Morris LLP, attorneys for Plaintiffs, and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

Steve J. Rocci, Esq.
Woodcock Washburn LLP
Cira Centre, 12th Floor
2929 Arch Street

Philadelphia, PA 19104
Tel: (215) 568-3100
Fax: (215) 568-3439
rocci@woodcock.com

is admitted to practice pro hac vice as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: July __, 2011
      New York, New York


                                            _____
                                            United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAP AG and SAP AMERICA, INC.,            :
                                         :        Civil Action No. 11-cv-02648 (RJH)
                    Plaintiffs,          :
                                         :        ECF Case
          v.                             :
                                         :
DATATERN, INC.,                          :
                                         :
                                         :
                    Defendants.          :
------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )


        **ELAINE HARRISON**, being duly sworn, deposes and says:

1.  I am employed by the firm of Duane Morris LLP, attorneys for SAP AG and SAP
    AMERICA, INC.

2.  At the time of service I am not a party to the action, and am over 18 years of age who
    also resides in Queens, New York.

3.  On July 7, 2011, I served a copy of the **Motion to Admit Counsel Pro Hac Vice** for
    Steve J. Rocci, Esq., upon Defendants Datatern, Inc. by depositing same in the official
    depository maintained and exclusively controlled by the United States Government at
    1540 Broadway, New York, NY 10036-4086, true and correct copies of the same,
    properly enclosed in a postpaid wrapper addressed to counsel at the following address
    designated by them for that purpose upon:

    Timothy John Haller
    Gabriel Opatken
    Gregory P. Casimer
    Niro, Scavone, Haller & Niro
    181 West Madison Street
    Chicago, IL  60602


                                              _____
                                              ELAINE HARRISON

Sworn to before me this
7th day of July, 2011.



ONIKA D. MCLEAN
Notary Public, State of New York
Qualified in Kings County
Reg. No. 01MC6133503
My Comm. Exp. 09/19/2009/4

_____
Notary Public