DUANE MORRIS LLP
Matthew Taylor, Esq.
John Dellaportas, Esq.
Evangelos Michailidis, Esq.
1540 Broadway
New York, NY 10036
Tel: (212) 692-1000
Fax: (212) 692-1020

WOODCOCK WASHBURN LLP
Scott J. Rocci, Esq.
Aleksander J. Goranin, Esq.
Daniel J. Goettle, Esq.
Dale Michael Heist, Esq.
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 568-3100
Fax: (215) 568-3439



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAP AG and SAP AMERICA, INC.,

    Plaintiffs,

v.

DATATERN, INC.,

    Defendants.

Civil Action No. 11-cv-02648 (RJH)

ECF Case

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Evangelos Michailidis, a member in good standing of the bar of this Court, hereby moves for an Order allowing admission pro hac vice of

    Dale Michael Heist, Esq.
    Woodcock Washburn LLP
    Cira Centre, 12th Floor
    2929 Arch Street
    Philadelphia, PA 19104

Tel: (215) 568-3100
Fax: (215) 568-3439
heist@woodcock.com

Mr. Heist is a member in good standing of the Bar of the State of Pennsylvania. Please see his certificate of good standing attached as Exhibit A to my supporting affidavit.

There are no pending disciplinary proceedings against Mr. Heist in any State or Federal court.

Dated: July 1, 2011
New York, New York

Respectfully submitted,

_____
Evangelos Michailidis (EM-3383)

DUANE MORRIS LLP
Matthew Taylor, Esq.
John Dellaportas, Esq.
Evangelos Michailidis, Esq.
1540 Broadway
New York, NY 10036
Tel: (212) 692-1000
Fax: (212) 692-1020

WOODCOCK WASHBURN LLP
Scott J. Rocci, Esq.
Aleksander J. Goranin, Esq.
Daniel J. Goettle, Esq.
Dale Michael Heist, Esq.
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 568-3100
Fax: (215) 568-3439

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAP AG and SAP AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DATATERN, INC.,<br><br>Defendants. | Civil Action No. 11-cv-02648 (RJH)<br><br>ECF Case<br><br>**AFFIDAVIT OF EVANGELOS MICHAILIDIS IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

STATE OF NEW YORK    )
                     )    ss.:
COUNTY OF NEW YORK   )

EVANGELOS MICHAILIDIS, being duly sworn, hereby deposes and says as follows:

1.     I am an associate at the law firm Duane Morris LLP, counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement

based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Dale Michael Heist as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, where I was admitted to practice law on January 16, 2008. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Heist since April, 2011.

4. Mr. Heist is a partner at Woodcock Washburn LLP, in Philadelphia, Pennsylvania.

5. Mr. Heist is a member in good standing of the Bar of the State of Pennsylvania. His certificate of good standing is attached as Exhibit A.

6. I have found Mr. Heist to be a skilled attorney and a person of integrity. He is experienced in civil federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of Mr. Heist, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Mr. Heist, pro hac vice, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Mr. Heist, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

_____
Evangelos Michailidis

Sworn to before me
this 1st day of July, 2011

_____
Notary Public



ONIKA D. MCLEAN
Notary Public - State of New York
Qualified in Kings County
No. 01MC6133508
Expires Sept. 19, 20 14



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Dale Michael Heist, Esq.*

DATE OF ADMISSION

*October 27, 1976*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: June 20, 2011

_____
John W. Person Jr., Esq.
Deputy Prothonotary

DUANE MORRIS LLP
Matthew Taylor, Esq.
John Dellaportas, Esq.
Evangelos Michailidis, Esq.
1540 Broadway
New York, NY 10036
Tel: (212) 692-1000
Fax: (212) 692-1020

WOODCOCK WASHBURN LLP
Scott J. Rocci, Esq.
Aleksander J. Goranin, Esq.
Daniel J. Goettle, Esq.
Dale Michael Heist, Esq.
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 568-3100
Fax: (215) 568-3439

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAP AG and SAP AMERICA, INC.,<br><br>                Plaintiffs,<br><br>v.<br><br>DATATERN, INC.,<br><br>                Defendants. | Civil Action No. 11-cv-02648 (RJH)<br><br>ECF Case<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE ON**<br>**WRITTEN MOTION** |

      Upon the motion of Evangelos Michailidis at Duane Morris LLP, attorneys for Plaintiffs, and said sponsor attorney's affidavit in support:

      IT IS HEREBY ORDERED that

      Dale Michael Heist, Esq.
      Woodcock Washburn LLP
      Cira Centre, 12th Floor
      2929 Arch Street

Philadelphia, PA 19104
Tel: (215) 568-3100
Fax: (215) 568-3439
heist@woodcock.com

is admitted to practice pro hac vice as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: July __, 2011
       New York, New York

                                              _____
                                              United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SAP AG and SAP AMERICA, INC.,       :
                                     :   Civil Action No. 11-cv-02648 (RJH)
            Plaintiffs,              :
                                     :   ECF Case
        v.                           :
                                     :
DATATERN, INC.,                      :
                                     :
                                     :
            Defendants.              :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

     **ELAINE HARRISON**, being duly sworn, deposes and says:

1. I am employed by the firm of Duane Morris LLP, attorneys for SAP AG and SAP AMERICA, INC.

2. At the time of service I am not a party to the action, and am over 18 years of age who also resides in Queens, New York.

3. On July 7, 2011, I served a copy of the **Motion to Admit Counsel Pro Hac Vice** for Dale Michael Heist, Esq., upon Defendants Datatern, Inc. by depositing same in the official depository maintained and exclusively controlled by the United States Government at 1540 Broadway, New York, NY 10036-4086, true and correct copies of the same, properly enclosed in a postpaid wrapper addressed to counsel at the following address designated by them for that purpose upon:

Timothy John Haller
Gabriel Opatken
Gregory P. Casimer
Niro, Scavone, Haller & Niro
181 West Madison Street
Chicago, IL 60602

                                                       ELAINE HARRISON

Sworn to before me this
7th day of July, 2011.

_____
Notary Public

ONIKA D. MCLEAN
Notary Public, State of New York
Qualified in Kings County
Reg. No. 01MC6133503
My Comm. Exp. 09/19/200_