```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/7/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAP AG and SAP AMERICA, INC.,

                  Plaintiffs,

   -vs-

DATATERN, INC.

                  Defendant.

11-CV-02648 (RJH)
11-CV-02365 (RJH)

**ORDER FOR ADMISSION
PRO HAC VICE**

---

      Upon written motion of Evangelos Michailidis at Duane Morris LLP, attorneys for Plaintiffs, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, it is hereby ordered that

      Daniel J. Goettle, Esq.
      Woodcock Washburn LLP
      Cira Centre, 12th Floor
      2929 Arch Street
      Philadelphia, PA 19104
      Tel: (215) 568-3100
      Fax: (215) 568-3439
      dgoettle@woodcock.com

is admitted *pro hac vice* for the purposes of the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov. If counsel has not already forwarded the *pro hac vice* fee to the Clerk of the Court, she is directed to do so upon receipt of this Order.

This order shall be entered in Civil Action Nos. 11-CV-02365 and 11-CV-02648. All future filings should be made exclusively in Civil Action No. 11-CV-02365, Microsoft Corporation vs. Datatern, Inc., in accordance with the Court's order of June 28, 2011 consolidating these cases.

SO ORDERED.

Dated: New York, New York
       9/6 , 2011

_____
Richard J. Holwell
United States District Judge