AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| SAP AG and SAP AMERICA, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:11-cv-02648 KBF |
| DATATERN, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SAP AG and SAP America, Inc.                                                                          .

Date:   02/29/2012

/s/Timothy E. DeMasi
*Attorney's signature*

Timothy E. DeMasi, New York State Bar #2845352
*Printed name and bar number*

Weil, Gotshal & Manges LLP
767 5th Ave.
New York, NY 10153-0023
*Address*

tim.demasi@weil.com
*E-mail address*

(212) 310-8735
*Telephone number*

(212) 310-8007
*FAX number*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing document was filed electronically on February 29, 2012.  As such, this document was served on all counsel who have consented to electronic service.  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. mail or e-mail transmission on this same date.

      /s/Timothy E. DeMasi_____
      Timothy E. DeMasi