UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAP AG and SAP AMERICA, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>DATATERN, INC.,<br><br>    Defendant. | Case No. 1:11-cv-02648 KBF<br><br>(ECF CASE) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, I, Edward R. Reines, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for SAP AG and SAP America, Inc. in the above-captioned action.

I am in good standing of the bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: February 29, 2012

Respectfully submitted,

_____
Edward R. Reines
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000 Telephone/(650) 802-3100 Fax
edward.reines@weil.com

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the above Motion for Admission Pro Hac Vice, Declaration in Support of Motion for Admission Pro Hac Vice and Proposed Order was served on this 29th day of February, 2012 upon counsel of record for Microsoft Corp., Datatern, Inc., SAP America, Inc., and SAP AG via first class mail.

Lee Carl Bromberg
lbromberg@mccarter.com
William A. Zucker
wzucker@mccarter.com
Erik Paul Belt
ebelt@mccarter.com
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
(617) 449-6500 telephone
(617) 607-9200 facsimile

*Attorneys for Datatern, Inc.*

Danielle Lauren Rose
danielle.rose@kobrekim.com
Carrie Ann Tendler
carrie.tendler@kobrekim.com
Megha Jonnalagadda Charalambides
megha.charalambides@kobrekim.com
Michael Sangyun Kim
michael.kim@kobrekim.com
Kobre & Kim LLP
800 Third Avenue, 6th Floor
New York, NY 10022
(212) 488-1200 telephone
(212) 488-1220 facsimile

*Attorneys for Microsoft Corporation*

Aleksander J. Goranin
agoranin@woodcock.com
C. Charlie Lyu
clyu@woodcock.com
Daniel Goettle
dgoettle@woodcock.com
Justine M. Leach
jleach@woodcock.com
Steven J. Rocci
rocci@woodcock.com
Woodcock Washburn LLP
2929 Arch Street, Cira Center, 12th Floor
Philadelphia, PA 19104-2891
(215) 568.3100 telephone
(215)568.3439 facsimile

John Dellaportas
dellajo@duanemorris.com
Evangelos Michailidis
emichailidis@duanemorris.com
Matthew A. Taylor
mataylor@duanemorris.com
Duane Morris LP
1540 Broadway
New York, NY 10036
(212) 692-1000 telephone
(212) 692-1020 facsimile

*Attorneys for SAP America, Inc. and SAP AG*

Dale M. Heist
heist@woodcock.com
Woodcock Washburn LLP
1650 Market Street
Philadelphia, PA 19103
(215) 564-8939 telephone
(215) 568-3439 facsimile

*Attorneys for SAP America, Inc., SAP AG, and Microsoft Corporation*

_____
Karen A. Gotelli

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAP AG and SAP AMERICA, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>DATATERN, INC.,<br><br>        Defendant. | Case No. 1:11-cv-02648 KBF<br><br>(ECF CASE) |

## DECLARATION OF EDWARD R. REINES IN SUPPORT OF
## MOTION FOR ADMISSION PRO HAC VICE

I, Edward R. Reines, declare under penalty of perjury as follows:

1. I am an attorney with Weil, Gotshal & Manges LLP, counsel for SAP AG and SAP America, Inc. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of my motion for admission pro hac vice as counsel to represent SAP AG and SAP America, Inc. in the above-captioned matter.

2. I am a member in good standing of the bar of the State of California and was admitted to practice law on December 7, 1988. I am also admitted to the United States District Court for the Northern, Central, Eastern, and Southern District of California and the Eastern District of Texas; the Court of Appeals for the Ninth Circuit, the Federal Circuit, and Veterans Claims; and the United States Supreme Court. I am in good standing with all of these courts and there are no disciplinary proceedings pending against me.

3. Pursuant to Local Civil Rule 1.3(c), I have attached a certificate of good standing for the bar of the State of California as Exhibit A hereto.

4. I am experienced in federal practice and familiar with the Federal Rules of Civil Procedure and the rules of this Court.

Executed this 29th day of February, 2012 at Redwood Shores, California.

_____
Edward R. Reines

# EXHIBIT A

**THE STATE BAR OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

February 24, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, EDWARD ROBERT REINES, #135960 was admitted to the practice of law in this state by the Supreme Court of California on December 7, 1988; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAP AG and SAP AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> DATATERN, INC., <br><br> Defendant. | Case No. 1:11-cv-02648 KBF <br><br> (ECF CASE) |

### ORDER FOR ADMISSION PRO HAC VICE

The motion of Edward R. Reines, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

Edward R. Reines

Weil, Gotshal & Manges LLP

201 Redwood Shores Parkway

Redwood Shores, California 94065

(650) 802-3000 telephone/(650) 802-3100 facsimile

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for SAP AG and SAP America, Inc. in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

apply for an ECF PASSWORD.

Dated: _____

                 United States District Judge