UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>DATATERN, INC.,<br><br>        Defendant.| Case No. 1:11-cv-2365 KBF<br>Case No. 1:11-cv-2648 KBF<br><br>(ECF CASE) |
| SAP AG and SAP AMERICA, INC.<br><br>        Plaintiffs,<br><br>v.<br><br>DATATERN, INC.<br><br>        Defendant. | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, I Erich M. Falke, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Microsoft Corporation, SAP AG and SAP America, Inc. in the above-captioned action.

I am in good standing of the bar of the Commonwealth of Pennsylvania and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: March 7, 2012

Respectfully submitted,

Erich M. Falke
Woodcock Washburn LLP
Cira Centre – 12th Floor
2929 Arch Street
Philadelphia, PA 19104
(215) 568-3100 Telephone/(215) 568-3439 Fax
efalke@woodcock.com

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the above Motion for Admission Pro Hac Vice, Declaration in Support of Motion for Admission Pro Hac Vice and Proposed Order was served on this 8th day of March, 2012 upon counsel of record for Microsoft Corp., Datatern, Inc., SAP America, Inc., and SAP AG via first class mail.

Lee Carl Bromberg
lbromberg@mccarter.com
William A. Zucker
wzucker@mccarter.com
Erik Paul Belt
ebelt@mccarter.com
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
(617) 449-6500 telephone
(617) 607-9200 facsimile

*Attorneys for Datatern, Inc.*

Danielle Lauren Rose
danielle.rose@kobrekim.com
Carrie Ann Tendler
carrie.tendler@kobrekim.com
Megha Jonnalagadda Charalambides
megha.charalambides@kobrekim.com
Michael Sangyun Kim
michael.kim@kobrekim.com
Kobre & Kim LLP
800 Third Avenue, 6th Floor
New York, NY 10022
(212) 488-1200 telephone
(212) 488-1220 facsimile

*Attorneys for Microsoft Corporation*

Aleksander J. Goranin
agoranin@woodcock.com
C. Charlie Lyu
clyu@woodcock.com
Daniel Goettle
dgoettle@woodcock.com
Justine M. Leach
jleach@woodcock.com
Steven J. Rocci
rocci@woodcock.com
Woodcock Washburn LLP
2929 Arch Street, Cira Center, 12th Floor
Philadelphia, PA 19104-2891
(215) 568.3100 telephone
(215)568.3439 facsimile

Edward R. Reines
Edward.reines@weil.com
Evan N. Budaj
evan.budaj@weil.com
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000
(650) 802-3100

*Attorneys for SAP America, Inc. and SAP AG*

John Dellaportas
dellajo@duanemorris.com
Evangelos Michailidis
emichailidis@duanemorris.com
Matthew A. Taylor
mataylor@duanemorris.com
Duane Morris LP
1540 Broadway
New York, NY 10036
(212) 692-1000 telephone
(212) 692-1020 facsimile

*Attorneys for SAP America, Inc. and SAP AG*

Dale M. Heist
heist@woodcock.com
Woodcock Washburn LLP
1650 Market Street
Philadelphia, PA 19103
(215) 564-8939 telephone
(215) 568-3439 facsimile

*Attorneys for SAP America, Inc., SAP AG, and Microsoft Corporation*

_____
Karen A. Gotelli

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>          Plaintiff,<br><br>v.<br><br>DATATERN, INC.,<br><br>          Defendant. | Case No. 1:11-cv-2365 KBF<br>Case No. 1:11-cv-2648 KBF<br><br>(ECF CASE) |
| SAP AG and SAP AMERICA, INC.,<br><br>          Plaintiffs,<br><br>v.<br><br>DATATERN, INC.,<br><br>Defendant. | |

### DECLARATION OF ERICH M. FALKE IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Erich M. Falke, declare under penalty of perjury as follows:

1.    I am an attorney with Woodcock Washburn LLP, counsel for Microsoft Corporation, SAP AG and SAP America, Inc. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of my motion for admission pro hac vice as counsel to represent Microsoft Corporation, SAP AG and SAP America, Inc. in the above-captioned matter.

2.    I am a member in good standing of the bar of the Commonwealth of Pennsylvania and was admitted to practice law on October 17, 2001. I am also admitted to the United States District Court for the Eastern District of Pennsylvania and the Court of Appeals for the Federal Circuit. I am in good standing with all of these courts and there are no disciplinary proceedings pending against me.

3.    Pursuant to Local Civil Rule 1.3(c), I have attached a certificate of good standing

for the bar of the Commonwealth of Pennsylvania as Exhibit A hereto.

    4.    I am experienced in federal practice and familiar with the Federal Rules of Civil Procedure and the rules of this Court.

Executed this 7th day of March, 2012 at Philadelphia, Pennsylvania.

_____
Erich M. Falke

# EXHIBIT A

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That Erich M. Falke , Bar # 85958, was duly admitted to practice in said Court on October 17, 2001, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania

MICHAEL E. KUNZ
                Clerk of Court

on February 29, 2012.

BY _Brian Johnson_
Brian Johnson,   Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>   Plaintiff,<br><br>v.<br><br>DATATERN, INC.,<br><br>   Defendant.<br>SAP AG and SAP AMERICA, INC.,<br><br>   Plaintiffs,<br><br>v.<br><br>DATATERN, INC.,<br><br>   Defendant. | Case No. 1:11-cv-2365 KBF<br>Case No. 1:11-cv-2648 KBF<br><br>(ECF CASE) |

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Erich M. Falke, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Pennsylvania; and that his contact information is as follows:

Erich M. Falke

Woodcock Washburn LLP

Cira Centre – 12th Floor

2929 Arch Street

Philadelphia, Pennsylvania 19104

(215) 568-3100 telephone/(215) 568-3439 facsimile

Applicant having requested admission Pro Hac Vice to appear for all purposes as

counsel for Microsoft Corporation, SAP AG and SAP America, Inc. in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: _____

                                      Katherine B. Forrest
                                      United States District Judge