UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 2 6 2012
```

SAP AG and SAP AMERICA, INC.,

      Plaintiff,

v.

DATATERN, INC.,

      Defendant.

Case No. 1:11-cv-02648 KBF

(ECF CASE)

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Douglas McClellan, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Texas; and that his contact information is as follows:

Douglas McClellan

Weil, Gotshal & Manges LLP

700 Louisiana, Suite 1600

Houston, TX 77002

(713) 546 5000 telephone/(713) 224 9511 facsimile

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for SAP AG and SAP America, Inc. in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: 3/26/12

                                                    K. B. Forrest
                                                    United States District Judge