DUANE MORRIS LLP
Matthew Taylor, Esq.
John Dellaportas, Esq.
Evangelos Michailidis, Esq.
1540 Broadway
New York, NY 10036
Tel: (212) 692-1000
Fax: (212) 692-1020



WOODCOCK WASHBURN LLP
Scott J. Rocci, Esq.
Aleksander J. Goranin, Esq.
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 568-3100
Fax: (215) 568-3439

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAP AG and SAP AMERICA, INC.,

  Plaintiffs,

  v.

DATATERN, INC.,

  Defendants.

Civil Action No. 11-cv-02648 (RJH)

ECF Case

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

    PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Evangelos Michailidis, a member in good standing of the bar of this Court, hereby moves for an Order allowing admission pro hac vice of

    Jeb B. Oblak, Esq.
    Woodcock Washburn LLP
    Cira Centre, 12th Floor
    2929 Arch Street
    Philadelphia, PA 19104
    Tel: (215) 568-3100
    Fax: (215) 568-3439

joblak@woodcock.com

Mr. Oblak is a member in good standing of the Bar of the State of California and the District of Columbia. Please see his certificates of good standing attached as Exhibit A to my supporting affidavit.

There are no pending disciplinary proceedings against Mr. Oblak in any State or Federal court.

Dated: February 6, 2012
       New York, New York

Respectfully submitted,

_____
Evangelos Michailidis (EM-3383)

DUANE MORRIS LLP
Matthew Taylor, Esq.
John Dellaportas, Esq.
Evangelos Michailidis, Esq.
1540 Broadway
New York, NY 10036
Tel: (212) 692-1000
Fax: (212) 692-1020

WOODCOCK WASHBURN LLP
Scott J. Rocci, Esq.
Aleksander J. Goranin, Esq.
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 568-3100
Fax: (215) 568-3439

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAP AG and SAP AMERICA, INC.,

        Plaintiffs,

v.

DATATERN, INC.,

        Defendants.

Civil Action No. 11-cv-02648 (RJH)

ECF Case

**AFFIDAVIT OF EVANGELOS MICHAILIDIS IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

---

STATE OF NEW YORK   )
                             ) ss.:
COUNTY OF NEW YORK )

EVANGELOS MICHAILIDIS, being duly sworn, hereby deposes and says as follows:

    1.    I am an associate at the law firm Duane Morris LLP, counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement

based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Jeb B. Oblak, Esq. as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, where I was admitted to practice law on January 16, 2008. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Oblak since August, 2011.

4. Mr. Oblak is an associate at Woodcock Washburn LLP, in Philadelphia, Pennsylvania.

5. Mr. Oblak is a member in good standing of the Bar of the State of California and the District of Columbia. His certificates of good standing are attached as Exhibit A.

6. I have found Mr. Oblak to be a skilled attorney and a person of integrity. He is experienced in civil federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of Mr. Oblak, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Mr. Oblak, pro hac vice, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Mr. Oblak, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

_____
Evangelos Michailidis (EM-3383)

Sworn to before me
this 6th day of February, 2012

_____
Notary Public



CHIKA D. MCLEAN
Notary Public - State of New York
Qualified in Kings County
Reg. No. 01MC6...
My Commission Expires Sept. 19, 2014

# EXHIBIT A



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *JEB BACON OBLAK*

*I*, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that JEB BACON OBLAK was on the 11th day of January, 2006, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 18th day of January, 2012.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By: _____
*Charles Cahoon, Deputy Clerk*



### District of Columbia Court of Appeals
#### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**J. JEB OBLAK**

was on the 13TH day of MAY, 2011

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 18, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

# EXHIBIT B

DUANE MORRIS LLP
Matthew Taylor, Esq.
John Dellaportas, Esq.
Evangelos Michailidis, Esq.
1540 Broadway
New York, NY 10036
Tel: (212) 692-1000
Fax: (212) 692-1020

WOODCOCK WASHBURN LLP
Scott J. Rocci, Esq.
Aleksander J. Goranin, Esq.
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 568-3100
Fax: (215) 568-3439

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAP AG and SAP AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DATATERN, INC., <br><br> Defendants. | Civil Action No. 11-cv-02648 (RJH) <br><br> ECF Case <br><br> **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Evangelos Michailidis at Duane Morris LLP, attorneys for Plaintiffs, and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

Jeb B. Oblak, Esq.
Woodcock Washburn LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 568-3100

Fax: (215) 568-3439
joblak@woodcock.com

is admitted to practice pro hac vice as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: February __, 2012
       New York, New York

_____
United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAP AG and SAP AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> DATATERN, INC., <br><br> Defendants. | Index No.: 11-CV-02648 (RJH) <br><br> **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK     )
                      )ss.:
COUNTY OF NEW YORK )

ONIKA MCLEAN, being duly sworn, deposes and says:

1. I am employed by the firm of Duane Morris LLP.

2. I am over 18 years of age, reside in Brooklyn, New York and am not a party to this action.

3. On February 6, 2012, I served a copy of MOTION TO ADMIT COUNSEL PRO HAC VICE, AFFIDAVIT OF EVANGELOS MICHAILIDIS IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE, addressed to counsel at the following:

>Lee Bromberg and Erik Paul Belt /
>McCARTER & ENGLISH, LLP
>265 Franklin Street
>Boston, Massachusetts 02110
>EBelt@mccarter.com  //  www.mccarter.com

Onika McLean

Sworn to before me this
6th day of February, 2012

Notary Public

LAURIE DEALE
Notary Public, State of New York
No. 01DE6144191
Qualified in Westchester County
COMMISSION EXPIRES 04/24/2014

DM1\1764690.1