```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 2 0 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAP AG and SAP AMERICA, INC.,

        Plaintiffs,

v.

DATATERN, INC.,

        Defendants.

Civil Action No. 11-cv-02648 (KBF)

ECF Case

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws as counsel to Plaintiffs SAP AG and SAP AMERICA, INC. There is no prejudice by this withdrawal to Defendant or to the Plaintiffs, who continue to be represented by the firms Weil, Gotshal & Manges LLP and Woodcock Washburn LLP.

Dated: New York, New York
      April 19, 2012

DUANE MORRIS LLP

By: _____
    Matthew Taylor, Esq.
    John Dellaportas, Esq.
    Evangelos Michailidis, Esq.
1540 Broadway
New York, NY 10036
Tel: (212) 692-1000
Fax: (212) 692-1020

So Ordered: _K. B. F_____
                  4/20/12

To:   Lee Carl Bromberg, Esq., McCarter & English LLP, Attorneys for Defendant (by email);

Steven Rocci, Esq., Woodcock Washburn LLP, Attorneys for Plaintiffs (by email); and

Timothy E. DeMasi, Esq., Weil Gotshal & Manges LLP, Attorneys for Plaintiffs (by email)