UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

SAP AG and SAP America, Inc.        Plaintiff,        Case No. 1:11-cv-02648-KBF

-against-

Datatern, Inc.        Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending            [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Erich M. Falke, Esquire**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _____   My State Bar Number is  PA 85958

I am,

[ ]  An attorney
[ ]  A Government Agency attorney
[✓]  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Gibbons, PC
             FIRM ADDRESS: 1700 Two Logan Square
             FIRM TELEPHONE NUMBER: 215-665-0400
             FIRM FAX NUMBER: 215-636-0366

NEW FIRM:    FIRM NAME: Woodcock Washburn LLP
             FIRM ADDRESS: Cira Centre,-12th Floor, 2929 Arch Street
             FIRM TELEPHONE NUMBER: (215) 568-3100
             FIRM FAX NUMBER: (215) 568-3439

[✓]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 05/03/2012

_____
ATTORNEY'S SIGNATURE