UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAP AG and SAP AMERICA, INC., § § Plaintiffs, § § v. § § DATATERN, INC., § § Defendants. § § § | Case No. 11-cv-02648-KBF (ECF CASE) |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 2 5 2012
```

### STIPULATION AND ORDER ALLOWING PLAINTIFFS SAP AG AND SAP AMERICA, INC. TO FILE AMENDED ANSWER

IT IS HEREBY STIPULATED AND AGREED to, by, and between Plaintiffs SAP AG and SAP America, Inc. (collectively, "SAP") and Defendant DataTern, Inc. ("DataTern"), subject to the approval of the Court, that:

(a)  DataTern has given written consent for SAP to amend its Answer via e-mail (attached as Exhibit A); and

(b)  Pursuant to Fed. R. Civ. P. 15(a)(2), DataTern's written consent, and the Court's approval, SAP will be permitted to file its Amended Answer (attached as Exhibit B).

Dated: June 18, 2012

Respectfully submitted,

_/s/_____

| | |
|---|---|
| Aleksander J. Goranin (*pro hac vice*) | Edward R. Reines (*pro hac vice*) |
| Steven Rocci (*pro hac vice*) | Evan N. Budaj (*pro hac vice*) |
| Daniel J. Goettle (*pro hac vice*) | WEIL, GOTSHAL & MANGES LLP |
| Erich M. Falke (*pro hac vice*) | 201 Redwood Shores Parkway |
| WOODCOCK WASHBURN LLP | Redwood Shores, CA 94065-1134 |
| Cira Centre, 12th Floor | Telephone: (650) 802 3000 |
| 2929 Arch Street | Facsimile: (650) 802 3100 |
| Philadelphia, PA 19104 | |
| Tel. (215) 568-3100 | |

Douglas McClellan (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, TX 77002-2755
Telephone: (713) 546 5000
Facsimile: (713) 224 9511

Timothy E. DeMasi
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

***Attorneys for Plaintiffs-Counterclaim Defendants***
SAP AG and SAP America, Inc.

DATATERN, INC.
By its Attorneys

_____
Lee Carl Bromberg, BBO# 058480
William A. Zucker, BBO #541240
Erik Paul Belt, BBO# 558620
McCarter English, LLP
265 Franklin Street
Boston, Massachusetts 02110
Telephone: (617) 449-6500

SO ORDERED on this 25 day of June, 2012.

_____
K. B. Forrest
United States District Court Judge