IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>      Plaintiff,<br>v.<br><br>DATATERN, INC.,<br><br>      Defendant. | Civil Action No. 1:11-cv-02365-KBF |
| SAP AG AND SAP AMERICA, INC.,<br><br>      Plaintiffs,<br>v.<br><br>DATATERN, INC.,<br><br>      Defendant. | Civil Action No. 1:11-cv-02648-KBF<br><br>ECF Case |

**DECLARATION OF JEB BACON OBLAK IN SUPPORT OF PLAINTIFFS' REPLY
CLAIM CONSTRUCTION BRIEF**

## DECLARATION OF JEB BACON OBLAK

I, Jeb Bacon Oblak hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I represent Microsoft Corporation ("Microsoft"), SAP AG and SAP America, Inc. ("SAP") in the consolidated cases, *Microsoft Corporation and SAP AG, et al., v. DataTern, Inc.*, Case Nos. 1:11-cv-02365-KBF, 1:11-cv-02648-KBF, currently pending in the United States District Court for the Southern District of New York.

2. Attached hereto as Exhibit SS is a true and correct copy of Excerpts of the deposition of Neeraj Gupta, taken on June 18, 2012.

3. Attached hereto as Exhibit TT is a true and correct copy of an Office Action dated July 24, 1998 bearing Bates Numbers DT000116 through DT000124.

4. Attached hereto as Exhibit UU is a true and correct copy of Deposition Exhibit Number 8 of the deposition of Neeraj Gupta, taken on June 18, 2012.

I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently as to their truth.

This 16th Day of July, 2012

Jeb Bacon Oblak

Timothy Edward DeMasi
(tim.demasi@weil.com)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue, 25th Fl.
New York, NY 10153
Tel. (212) 735-4566

Edward R. Reines (*pro hac vice*)
(edward.reines@weil.com)

Steven Rocci (*pro hac vice*)
(rocci@woodcock.com)
Aleksander J. Goranin (*pro hac vice*)
(agoranin@woodcock.com)
Daniel J. Goettle (*pro hac vice*)
(dgoettle@woodcock.com)
Erich M. Falke (*pro hac vice*)
(efalke@woodcock.com)
**WOODCOCK WASHBURN LLP**

Evan N. Budaj (*pro hac vice*)
(evan.budaj@weil.com)
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel. (650) 802-3000

Doug W. McClellan (*pro hac vice*)
(doug.mcclellan@weil.com)
**WEIL, GOTSHAL & MANGES LLP**
700 Louisiana, Suite 1600
Houston, Texas 77002
Tel. (713) 546 5313

*Counsel for Plaintiffs SAP AG and SAP America, Inc.*

Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
Tel. (215) 568-3100

*Counsel for Plaintiffs Microsoft Corporation, SAP AG, and SAP America, Inc.*

Danielle L. Rose
(danielle.rose@kobrekim.com)
Michael S. Kim
(michael.kim@kobrekim.com)
Megha Charalambides
(megha.charalambides@kobrekim.com)
KOBRE & KIM LLP
800 Third Avenue
New York, NY 10022
Tel. (212) 488-1200

*Counsel for Plaintiffs Microsoft Corporation*