UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 24 2012

SAP AG and SAP AMERICA, INC.,

    Plaintiff,

v.

DATATERN, INC.,

    Defendant.

Case No. 1:11-cv-02648 KBF

(ECF CASE)

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Andrew L. Perito, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

Andrew L. Perito

Weil, Gotshal & Manges LLP

201 Redwood Shores Parkway

Redwood Shores, California 94065

(650) 802-3000 telephone/(650) 802-3100 facsimile

andrew.perito@weil.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for SAP AG and SAP America, Inc. in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: July 24, 2012            _____K. B. F._____
                                United States District Judge