UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAP AG and SAP AMERICA, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DATATERN, INC.,<br><br>        Defendant. | Case No. 1:11-cv-02648 KBF<br><br>(ECF CASE) |

**SAP AG AND SAP AMERICA, INC'S MEMORANDUM OF LAW
IN SUPPORT OF THEIR CONDITIONAL NON-OPPOSITION TO
<u>DEFENDANT DATATERN INC.'S MOTION TO SUPPLEMENT THE RECORD</u>**

Plaintiffs SAP AG and SAP America, Inc. ("SAP") hereby submit this conditional non-opposition to Defendant DataTern, Inc.'s ("DataTern") Motion To Supplement the Record ("Motion") regarding the deposition transcript of Neeraj Gupta ("Gupta Transcript").

SAP does not oppose the submission of the entire Gupta Transcript. However, because DataTern invokes the Rule of Completeness, it is appropriate for DataTern to identify the particular testimony it believes is necessary to consider for completeness before being permitted to do so. DataTern provides in its brief a couple general examples with a broad reference to potentially related testimony. For each cited passage of Gupta testimony for which DataTern believes related testimony must be considered for fairness, DataTern should identify today which specific pages and lines of testimony from within the 232 pages of testimony it contends must be considered—without further substantive argument. A simple chart will do. That way, such identified testimony can be reviewed in advance and addressed at the claim construction hearing Monday. DataTern has had the Reply Claim Construction Brief for ten days so such notice of the particular testimony it believes must in fairness be considered is reasonable, especially considering the overall length of the transcript. This will allow the orderly consideration of DataTern's position.

Dated:  July 27, 2012

Aleksander J. Goranin (*pro hac vice*)
Steven Rocci (*pro hac vice*)
Daniel J. Goettle (*pro hac vice*)
Erich M. Falke (*pro hac vice*)
WOODCOCK WASHBURN LLP
Cira Centre, 12th Floor

Respectfully submitted,

/s/ Andrew L. Perito                              
Edward R. Reines (*pro hac vice*)
Andrew L. Perito (*pro hac vice*)
Evan N. Budaj (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134

2929 Arch Street
Philadelphia, PA 19104
Tel. (215) 568-3100

Telephone: (650) 802 3000
Facsimile: (650) 802 3100

Douglas McClellan (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, TX 77002-2755
Telephone: (713) 546 5000
Facsimile: (713) 224 9511

Timothy E. DeMasi
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

***Attorneys for Plaintiffs-Counterclaim Defendants***
SAP AG and SAP America, Inc.