```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
MICROSOFT CORPORATION,                :
                                      :
                  Plaintiff,          :
                                      :   11 Civ. 2365 (KBF)
          -v-                         :   11 Civ. 2648 (KBF)
                                      :
DATATERN, INC.,                       :        ORDER
                                      :
                  Defendant.          :
                                      :
------------------------------------- X
                                      :
SAP AG AND SAP AMERICA, INC.,         :
                                      :
                  Plaintiff,          :
                                      :
          -v-                         :
                                      :
DATATERN, INC.                        :
                                      :
                  Defendant.          :
                                      :
------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 3 1 2012

KATHERINE B. FORREST, District Judge:

For the reasons set forth on the record at the Markman Hearing held on July 30, 2012, defendant's motion for leave to supplement the record on claim construction is GRANTED.

The Clerk of the Court is directed to terminate the motion at Docket No. 116 in Case No. 11 Civ. 2365 and Docket No. 123 in Case No. 11 Civ. 2648.

SO ORDERED:

Dated:   New York, New York
         July 31, 2012

                                       KATHERINE B. FORREST
                                United States District Judge