```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
SAP AG AND SAP AMERICA, INC.,         :
                                      :
                    Plaintiff,        :
                                      :   11 Civ. 2648 (KBF)
          -v-                         :
                                      :   ORDER
DATATERN, INC.                        :
                                      :
                    Defendant.        :
                                      :
------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/22/12

KATHERINE B. FORREST, District Judge:

Whereas the Court's Orders granting the Motions for Pro Hac Vice at Docket Nos. 117, 118, 128, and 129, appear on the docket in Case No. 11 Civ. 2365,

The Clerk of the Court is directed to terminate the motions at Docket Nos. 117, 118, 128, and 129.

SO ORDERED:

Dated:   New York, New York
         August 22, 2012

*Katherine B. Forrest*
_____
KATHERINE B. FORREST
United States District Judge