UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAP AG and SAP AMERICA, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>DATATERN, INC.,<br><br>      Defendant. | Case No. 1:11-cv-02648 KBF<br><br>(ECF CASE) |

**PLAINTIFFS SAP AG AND SAP AMERICA, INC.'S NOTICE OF MOTION TO FILE EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT UNDER SEAL**

PLEASE TAKE NOTICE that upon the supporting Memorandum of Law filed herewith, Plaintiff SAP AG and SAP AMERICA, INC. ("SAP") by and through its attorneys, Weil, Gotshal & Manges LLP, will request this Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on such date and time specified by the Court, to enter an order allowing SAP to file under seal certain exhibits in support of its Motion for Summary Judgment, as set forth in the Memorandum of Law accompanying this Motion. Counsel for DataTern has indicated that it does not oppose this Motion.

| | |
|---|---|
| Dated:  October 26, 2012 | Respectfully submitted, |
| | */s/ Edward R. Reines*_____ |
| Aleksander J. Goranin (*pro hac vice*) | Edward R. Reines (*pro hac vice*) |
| Steven Rocci (*pro hac vice*) | Andrew L. Perito (*pro hac vice)* |
| Erich M. Falke (*pro hac vice*) | Evan N. Budaj (*pro hac vice*) |
| WOODCOCK WASHBURN LLP | WEIL, GOTSHAL & MANGES LLP |
| Cira Centre, 12th Floor | 201 Redwood Shores Parkway |
| 2929 Arch Street | Redwood Shores, CA 94065-1134 |
| Philadelphia, PA 19104 | Telephone: (650) 802 3000 |
| Tel. (215) 568-3100 | Facsimile: (650) 802 3100 |
| | |
| | Douglas McClellan (*pro hac vice*) |
| | WEIL, GOTSHAL & MANGES LLP |
| | 700 Louisiana, Suite 1600 |
| | Houston, TX 77002-2755 |
| | Telephone: (713) 546 5000 |
| | Facsimile: (713) 224 9511 |
| | |
| | Timothy E. DeMasi |
| | WEIL, GOTSHAL & MANGES LLP |
| | 767 Fifth Avenue |
| | New York, NY 10153 |
| | Telephone: (212) 310-8000 |
| | Facsimile: (212) 310-8007 |
| | |
| | ***Attorneys for Plaintiffs-Counterclaim Defendants*** |
| | *SAP AG and SAP America, Inc.* |