```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICROSOFT CORPORATION,
                                        Plaintiff,
            -v-                                                    11 Civ. 2365 (KBF)
                                                                   11 Civ. 2648 (KBF)
DATATERN, INC.,
                                                                       ORDER
                                        Defendant.
------------------------------------------------------------X
SAP AG and SAP AMERICA, INC.,
                                        Plaintiffs,
            -v-
DATATERN, INC.
                                        Defendant.
------------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: OCT 2 6 2012

KATHERINE B. FORREST, District Judge:

It is hereby ORDERED that plaintiffs' unopposed motions to file documents under seal are GRANTED.

The Clerk of Court is directed to terminate the motions at docket numbers 160 and 162 (in 11 Civ. 2648) and docket number 149 (in 11 Civ. 2365).

SO ORDERED:

Dated:   New York, New York
         October 26, 2012

_____
KATHERINE B. FORREST
United States District Judge