UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAP AG and SAP AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> DATATERN, INC., <br><br> Defendant. | Case No. 1:11-cv-02648 KBF <br><br> (ECF CASE) |

**NOTICE OF SAP AG AND SAP AMERICA, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 6,101,502**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of SAP AG and SAP America, Inc.'s ("SAP") Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 6,101,502, SAP will move this Court before the Honorable Katherine B. Forrest, at the United States Courthouse, located at 500 Pearl Street, New York, New York, 10008, on a date to be determined by the Court, for an order granting summary judgment on their declaratory judgment claim for non-infringement of U.S. Patent No. 6,101,502 and denying DataTern, Inc.'s corresponding infringement counterclaim for damages on that same patent pursuant to Federal Rule of Civil Procedure 56, or for such other relief as this Court may deem just and proper.

<div style="display: flex">

Dated: October 26, 2012

Aleksander J. Goranin (*pro hac vice*)
Steven Rocci (*pro hac vice*)
Erich M. Falke (*pro hac vice*)
WOODCOCK WASHBURN LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
Tel. (215) 568-3100

Respectfully submitted,

*/s/ Edward R. Reines*
Edward R. Reines (*pro hac vice*)
Andrew L. Perito (*pro hac vice*)
Evan N. Budaj (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
Telephone: (650) 802 3000
Facsimile: (650) 802 3100

Douglas McClellan (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, TX 77002-2755
Telephone: (713) 546 5000
Facsimile: (713) 224 9511

Timothy E. DeMasi
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

***Attorneys for Plaintiffs-Counterclaim Defendants SAP AG and SAP America, Inc.***

</div>