IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DATATERN, INC., )<br>)<br>Defendant. )<br>_____)<br>)<br>SAP AG and SAP AMERICA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DATATERN, INC., )<br>)<br>Defendant. )<br>_____) | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: NOV 2 8 2012<br><br>**Consolidated Cases:**<br>CIVIL ACTION NO. 1:11-cv-02365-KBF<br>CIVIL ACTION NO. 1:11-cv-02648-KBF<br><br>ECF Case |

## ~~[PROPOSED]~~ ORDER TO FILE UNDER SEAL

KATHERINE B. FORREST, District Judge:

It is here by ORDERED that Defendant's unopposed motion to file under seal documents for Opposition to Microsoft Corporation and SAP AG and SAP America, Inc.'s motion for summary judgment is GRANTED.

SO ORDERED:

Dated: New York, New York
November 28, 2012

_____
KATHERINE B. FORREST
United States District Judge