UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION,<br>SAP AG, and SAP AMERICA, INC.,<br><br>  Plaintiffs,<br><br>  v.<br><br>DATATERN, INC.,<br><br><br>  Defendant. | **Consolidated Cases:**<br><br>Civil Action No. 11-cv-02365-RJH<br>Civil Action No. 11-cv-02648-RJH |

**DECLARATION OF DAVID HIMELFARB IN SUPPORT OF
DATATERN, INC.'S MOTION TO AMEND ITS COUNTERCLAIMS**

I, David Himelfarb, declare under the penalty of perjury as follows:

1. I am a partner at McCarter & English, LLP, counsel for Datatern, Inc. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support DataTern's Motion to Amend its Counterclaims.

2. Attached hereto as Exhibit A is a true and correct copy of Microsoft's Responses to DataTern, Inc.'s Second Set of Interrogatories Nos. 13-25.

3. Attached hereto as Exhibit B is a true and correct copy of SAP AG and SAP America, Inc.'s Responses to DataTern's Second Set of Interrogatories (Nos. 13-22).

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 28th DAY OF NOVEMBER 2012.

/s/ David Himelfarb
David Himelfarb

ME1 14461671v.1

## CERTIFICATE OF SERVICE

      I certify that a true and accurate copy of this Declaration of David Himelfarb in Support of DataTern, Inc.'s Motion to Amend its Counterclaims was served on this 28th day of November, 2012 upon counsel of record for Microsoft Corp., SAP AG and SAP America, Inc. via *ECF*.

      /s/ David Himelfarb
      David Himelfarb

ME1 14461671v.1