**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICROSOFT CORPORATION, )<br><br>Plaintiff, )<br><br>v. )<br><br>DATATERN, INC., )<br><br>Defendant. )<br><br>SAP AG and SAP AMERICA, INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>DATATERN, INC., )<br><br>Defendant. ) | CIVIL ACTION NO. 1:11-cv-02365-KBF<br>CIVIL ACTION NO. 1:11-cv-02648-KBF |

**DECLARATION OF KENNETH LORD WITH EXHIBITS**

**Contains confidential information**
**Subject to Protective Order**

# FILED UNDER SEAL