IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> DATATERN, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) |
| SAP AG and SAP AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> DATATERN, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) |

CIVIL ACTION NO. 1:11-cv-02365-KBF
CIVIL ACTION NO. 1:11-cv-02648-KBF

### DECLARATION OF SINDHUDWEEP SARKAR

**Contains confidential information
Subject to Protective Order**

# FILED UNDER SEAL