IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION, )<br>    Plaintiff, )<br>    v. )<br>DATATERN, INC., )<br>    Defendant. )<br>SAP AG and SAP AMERICA, INC., )<br>    Plaintiff, )<br>    v. )<br>DATATERN, INC., )<br>    Defendant. ) | CIVIL ACTION NO. 1:11-cv-02365-KBF<br>CIVIL ACTION NO. 1:11-cv-02648-KBF |

**DATATERN, INC.'S RESPONSES TO
MICROSOFT CORP.'S RULE 56.1 STATEMENT OF MATERIAL FACTS
AS TO WHICH MICROSOFT CONTENDS
THERE IS NO GENUINE ISSUE TO BE TRIED
AND
DATATERN'S COUNTERSTATEMENT OF FACTS**

**Contains confidential information
Subject to Protective Order**

# FILED UNDER SEAL

ME1 14464336v.1