IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DATATERN, INC., ) <br> ) <br> Defendant. ) <br> ) <br> SAP AG and SAP AMERICA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DATATERN, INC., ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION NO. 1:11-cv-02365-KBF <br> CIVIL ACTION NO. 1:11-cv-02648-KBF |

**DECLARATION OF KARA LYNCH IN SUPPORT OF DATATERN, INC.'S OPPOSITION TO MICROSOFT CORPORATION'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NOS. 5,937,402 AND 6,101,502**

**Contains confidential information
Subject to Protective Order**

# FILED UNDER SEAL

ME1 14464336v.1