**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAP AG and SAP AMERICA, INC., | |
| Plaintiff, | Case No. 1:11-cv-02648 KBF |
| v. | (ECF CASE) |
| DATATERN, INC., | |
| Defendant. | |

**NOTICE OF SAP AG AND SAP AMERICA, INC.'S MOTION TO ENJOIN DATATERN'S ASSERTION OF INFRINGEMENT OF U.S. PATENT NOS. 5,937,402 AND 6,101,502 BASED ON THE USE OF SAP'S BUSINESSOBJECTS PRODUCTS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of SAP AG and SAP America, Inc.'s ("SAP") Motion to Enjoin DataTern's Assertion of Infringement of U.S. Patent Nos. 5,937,402 and 6,101,502 Based on the Use of SAP's BusinessObjects Products and supporting declarations and exhibits thereto, SAP will move this Court before the Honorable Katherine B. Forrest, at the United States Courthouse, located at 500 Pearl Street, New York, New York, 10008, on a date to be determined by the Court, for an order granting an injunction prohibiting DataTern, Inc., until the Federal Circuit's final disposition of an appeal of the anticipated judgment in this case, from asserting infringement of the Patents-in-Suit based on the use of SAP's BusinessObjects products, including, without limitation, DataTern's pursuit of its infringement claims based on use of SAP's BusinessObjects products in the Customer Suits; and DataTern's commencing or threatening, expressly or by implication, any patent infringement action on the Patents-in-Suit against SAP's BusinessObjects customers and/or users based on their use of SAP's BusinessObjects products; and for such other relief as this Court may deem just and proper.

Dated:  December 3, 2012

Aleksander J. Goranin (*pro hac vice*)
Erich M. Falke (*pro hac vice*)
WOODCOCK WASHBURN LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
Tel. (215) 568-3100

Respectfully submitted,

*/s/ Edward R. Reines*_____ _____
Edward R. Reines (*pro hac vice*)
Andrew L. Perito (*pro hac vice*)
Evan N. Budaj (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
Telephone: (650) 802 3000
Facsimile: (650) 802 3100

Douglas McClellan (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, TX 77002-2755
Telephone: (713) 546 5000
Facsimile: (713) 224 9511

Timothy E. DeMasi
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

***Attorneys for Plaintiffs-Counterclaim
Defendants SAP AG and SAP
America, Inc.***