UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SAP AG, et al.        Plaintiff(s)

            -v-

Datatern, Inc.        Defendant(s).
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 11, 2012
```

11 Civ. 2648 (KBF)

SCHEDULING ORDER

KATHERINE B. FORREST, District Judge:

The oral argument in this action, scheduled for Friday, December 14, 2012, will be heard on the same date (12/14/2012), at 1:00 p.m.

SO ORDERED:

Dated:    New York, New York
          December 11, 2012

_____
KATHERINE B. FORREST
United States District Judge