IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION, SAP AG, and SAP AMERICA, INC., <br><br>　　　　Plaintiffs and Counterclaim Defendants, <br><br>v. <br><br>DATATERN, INC., <br><br>　　　　Defendant and Counterclaim Plaintiff. | NOTICE OF MICROSOFT CORPORATION'S UNOPPOSED MOTION TO FILE UNDER SEAL <br><br>**Consolidated Cases:** <br>Civil Action No. 1:11-cv-02365-KBF <br>Civil Action No. 1:11-cv-02648-KBF <br><br><br>ECF Case |

　　　　PLEASE TAKE NOTICE THAT, upon Microsoft Corporation's Memorandum of Law in Support of Unopposed Motion to File Under Seal, dated December 11, 2012, and pursuant to the Court's ECF Rules and the Sealed Records Filing Instructions, Plaintiff Microsoft Corporation ("Microsoft") hereby moves this Court, before the Honorable Katherine B. Forrest, United States District Court Judge for the Southern District of New York, on a date and at a time to be set by the Court, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007-1312, for an order allowing Microsoft to file under seal Microsoft's reply papers in further support of its motion for summary judgment.

| | |
|---|---|
| Dated: December 11, 2012<br>　　　　New York, New York | Respectfully submitted,<br><br> s/ Danielle L. Rose_____ |
| Steven Rocci<br>(rocci@woodcock.com)<br>Dale M. Heist<br>(heist@woodcock.com)<br>Aleksander J. Goranin<br>(agoranin@woodcock.com)<br>Daniel J. Goettle<br>(dgoettle@woodcock.com)<br><br>WOODCOCK WASHBURN LLP<br>Cira Centre, 12th Floor<br>2929 Arch Street<br>Philadelphia, PA 19104<br>Tel:  +1 215 568 3100<br>Fax: +1 215 568 3439<br><br>*Attorneys for Plaintiff Microsoft Corp.* | Danielle L. Rose<br>(danielle.rose@kobrekim.com)<br>Matthew I. Menchel<br>(matthew.menchel@kobrekim.com)<br>Michael S. Kim<br>(michael.kim@kobrekim.com)<br>Phil Huynh<br>(phil.huynh@kobrekim.com)<br><br>KOBRE & KIM LLP<br>800 Third Avenue<br>New York, NY 10022<br>Tel:  +1 212 488 1200<br>Fax:  +1 212 488 1220<br><br>*Attorneys for Plaintiff Microsoft Corp.* |