IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION,<br>SAP AG, and SAP AMERICA, INC.,<br><br>      Plaintiffs and Counterclaim<br>      Defendants,<br>v.<br><br>DATATERN, INC.,<br><br>      Defendant and Counterclaim<br>      Plaintiff. | **Consolidated Cases:**<br>Civil Action No. 1:11-cv-02365-KBF<br>Civil Action No. 1:11-cv-02648-KBF<br><br>ECF Case |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12 12 2012

## ~~[PROPOSED]~~ ORDER TO FILE UNDER SEAL

KATHERINE B. FORREST, District Judge:

It is here by ORDERED that Microsoft Corporation's unopposed motion to file under seal reply papers in further support of its motion for summary judgment is GRANTED.

SO ORDERED:

Dated: New York, New York
       December 12, 2012

                                                    K. B. Forrest
                                            KATHERINE B. FORREST
                                            United States District Judge