UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAP AG, and SAP AMERICA, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 11-cv-02648-KBF ) |
| DATATERN, INC., | ) ) ) |
| Defendant. | ) ) |

**DATATERN, INC.'S OPPOSITION TO SAP AG
AND SAP AMERICA, INC.'S MOTION TO ENJOIN DATATERN'S
ASSERTION OF INFRINGEMENT OF U.S. PATENT NOS.
5,937,402 AND 6,101,502 BASED ON THE USE OF
<u>SAP'S BUSINESSOBJECTS PRODUCTS</u>**

DataTern, Inc. hereby opposes SAP AG and SAP America, Inc.'s ("SAP") Motion to Enjoin DataTern's Assertion of Infringement of U.S. Patent Nos. 5,937,402 and 6,101,502 Based on the Use of SAP's BusinessObjects Products (the "Motion"). As stated more fully in DataTern's Memorandum of Law in Support of this Opposition, the Court should deny this Motion because:

    1.    SAP fails to satisfy the traditional standards for obtaining injunctive relief;

    2.    SAP has failed to provide adequate reasons for, and the Court should not apply, the customer-suit exception to the first-to-file rule, particularly now that the District Court for the Eastern District of Texas has rejected the exception;

    3.    This Court's *Markman* ruling does not, at this time, have any preclusive effect and, since there is no final judgment from which an injunction can arguably arise,

there is no basis for an injunction that prevents DataTern from asserting its rights in other courts;

4. The Texas Court's recent decision not to reinstate the stays of litigation imposed in the cases pending there since March 2012 is entitled to comity; and

5. DataTern has already offered not to pursue claims of infringement in the Texas cases that pertain to the use of SAP's BusinessObjects as an "off the shelf" product so long as DataTern is permitted to continue pursuing other claims of independent infringement that may involve BusinessObjects.

DataTern requests that the Court deny SAP's Motion. In support of its Opposition DataTern is filing, simultaneously herewith, the Declaration of Timothy J. Haller, Esq., the Declaration of Scott J. Nathan, Esq. with Exhibits, and a Memorandum of Law in Support of DataTern, Inc.'s Opposition to SAP AG and SAP America, Inc.'s Motion to Enjoin DataTern's Assertion of Infringement of U.S. Patent Nos. 5,937,402 and 6,101,502 Based on the Use of SAP's BusinessObjects Products.

                                                DATATERN, INC.
                                                By its Attorneys,

                                                __/s/ Scott J. Nathan_____
                                                Scott J. Nathan
                                                (BBO #547278)
                                                200 Homer Avenue
                                                Ashland, MA  01721
                                                (508) 881-0060
                                                sjnathan@mindspring.com

Date:   December 13, 2012

## CERTIFICATE OF SERVICE

      I certify that, on the above date, I served copies of this document on counsel of record for each other party through the Court's CM/ECF system.

                                              /s/ Scott J. Nathan_____
                                              Scott J. Nathan