# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

13-1185

**SAP AG, and SAP AMERICA, INC.,**

*Plaintiffs - Appellees,*

v.

**DATATERN, INC.,**

*Defendant - Appellant.*

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:** _____
**DATE FILED:** August 1, 2014

Appeal from the United States District Court for the Southern District of New York in No. 11-CV-2648, Judge Katherine B. Forrest.

## MANDATE

   In accordance with the judgment of this Court, entered May 5, 2014, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole

Daniel E. O'Toole
Clerk of Court

cc: Erik Paul Belt
Lee Carl Bromberg
Evan N. Budaj
Clerk of Court, Southern District of New York (New York)
Aleksander J. Goranin
Andrew Louis Perito
Edward R. Reines
William A. Zucker